1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF WASHINGTON

8

9  ANECA SNIDER,                    )
                                    )    No.  05-CV-0188-MWL
10                Plaintiff,        )
                                    )    ORDER GRANTING JOINT
11 v.                               )    MOTION FOR REMAND
                                    )
12 JO ANNE B. BARNHART,             )
   Commissioner of Social          )
13 Security,                        )
                                    )
14                Defendant.        )

15

        The parties have filed a stipulation for remand of the above
16
   captioned case to the Commissioner for further administrative
17
   proceedings.  (Ct. Rec. 15).  The parties have consented to
18
   proceed before a magistrate judge.  (Ct. Rec. 7).  After
19
   considering the stipulation,
20
        **IT IS ORDERED** that the above-captioned case be remanded for
21
   further administrative proceedings.  Upon remand, the
22
   Administrative Law Judge ("ALJ") will reevaluate the opinions of
23
   examining psychologist John Arnold, Ph.D. (Tr. 296-97, 346-47),
24
   and provide at least specific and legitimate reasons if Dr.
25
   Arnold's opinions are rejected.  The ALJ will also address the
26
   opinion of James Bailey, Ph.D., that drug addiction and alcoholism
27
   was material (meets Listings 12.09, 12.06, and 12.08), which
28

   ORDER RE: STIPULATED REMAND - 1

1 | contrasts with the reconsideration determination that did not find

2 | materiality.  The ALJ will also address whether Plaintiff's mental

3 | impairments were disabling during the earlier period at issue.

4 | The ALJ will provide a specific statement of Plaintiff's

5 | capacity/restrictions, as required by Social Security Ruling

6 | 96-8p.  The ALJ will hold another hearing and obtain additional

7 | vocational expert testimony.

8 |     This Court hereby reverses the Commissioner's decision under

9 | sentence four of 42 U.S.C. § 405(g) with a remand of the cause to

10 | the Commissioner for further proceedings.  *See Melkonyan v.*

11 | *Sullivan*, 501 U.S. 89 (1991).

12 |     **IT IS FURTHER ORDERED:**

13 |     1.    The parties Joint Motion to Remand (**Ct. Rec. 15**) is

14 | **GRANTED**.

15 |     2.    Judgment shall be entered for the **PLAINTIFF**.

16 |     3.    An application for attorney fees may be filed by

17 | separate motion.

18 |     4.    The District Court Executive is directed to enter this

19 | Order, forward copies to counsel, and thereafter shall **close** this

20 | file.

21 |

22 |     DATED this   3rd   day of January 2006.

23 |

24 |     S/ Michael W. Leavitt

      MICHAEL W. LEAVITT

25 |     UNITED STATES MAGISTRATE JUDGE

26 |

27 |

28 |